UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JENNIFER ADAIR,
individually and on behalf of others
similarly situated,

Case No. 08-C-280

        Plaintiff,

vs.

WISCONSIN BELL, INC.

        Defendant.

## ORDER FOR EXTENSION OF TIME FOR

## WISCONSIN BELL, INC. TO ANSWER THE COMPLAINT

Pursuant to Stipulation of the parties:

**IT IS HEREBY ORDERED** that Defendant Wisconsin Bell, Inc., has up to and including May 19, 2008 in which to answer or otherwise plead.

Dated this 25th day of April, 2008.

        BY THE COURT:

        s/ William C. Griesbach
        The Honorable William C. Griesbach
        U.S. District Judge